UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURTIS J. WILLIAMS, | ) | NO. ED CV 09-61-DSF(E) |
| Petitioner, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| DARRELL ADAMS, Warden, | ) | |
| Respondent. | ) | |

Petitioner filed a "Petition for Writ of Habeas Corpus by a Person in State Custody" on January 12, 2009. The Petition challenges the criminal judgment in Riverside Superior Court case number RIF088153 (Petition at 2, 5-7(a)). Petitioner previously challenged this same judgment in a prior habeas corpus petition filed in this Court. See Williams v. Runnels, ED CV 05-440-DSF(E). On October 14, 2005, this Court entered Judgment in Williams v. Runnels, ED CV 05-440-DSF(E), denying and dismissing the prior petition on the merits with prejudice.

///

///

1    The Court must dismiss the present Petition in accordance with
2 28 U.S.C. section 2244(b) (as amended by the "Antiterrorism and
3 Effective Death Penalty Act of 1996").  Section 2244(b) requires that
4 a petitioner seeking to file a "second or successive" habeas petition
5 first obtain authorization from the court of appeals.  See Burton v.
6 Stewart, 549 U.S. 147, 153 (2007) (where petitioner did not receive
7 authorization from Court of Appeal before filing second or successive
8 petition, "the District Court was without jurisdiction to entertain
9 [the petition]"); Barapind v. Reno, 225 F.3d 1100, 1111 (9th Cir.
10 2000) ("the prior-appellate-review mechanism set forth in § 2244(b)
11 requires the permission of the court of appeals before 'a second or
12 successive habeas application under section 2254' may be commenced");
13 Miles v. Mendoza-Powers, 2007 WL 4523987, at *3 (E.D. Cal. Dec. 19,
14 2007) (subsequent petition alleging different claims but challenging
15 the same judgment challenged in a prior habeas petition is "second or
16 successive").  Petitioner evidently has not yet obtained authorization
17 from the Ninth Circuit Court of Appeals.  Consequently, this Court
18 cannot entertain the present Petition.  See Burton v. Stewart, 549
19 U.S. at 153; see also Dews v. Curry, 2008 WL 590476, at *3 (E.D. Cal.
20 Feb. 29, 2008) (without Court of Appeals' authorization, "this court
21 lacks jurisdiction to consider the petition").
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1      For all of the foregoing reasons, the Petition is denied and
2  dismissed without prejudice.

3

4      LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6      DATED: 1/22/09

7

8      _____
9          DALE S. FISCHER
    UNITED STATES DISTRICT JUDGE

10

11

12

13 PRESENTED this 13th day of
14 January, 2009, by:

15

16     _____/s/_____
    CHARLES F. EICK
17 UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

3