**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CURTIS J. WILLIAMS, | ) | NO. ED CV 09-61-DSF(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DARRELL ADAMS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: 1/22/09

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE